UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN ROBERT LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-105-SEB-VSS |
| | ) | |
| CRAIG HANKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 10/02/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Todd A. Weaver
INDIANA STATE ATTORNEY GENERAL
Todd.Weaver@atg.in.gov

John Robert Lee
#38047
Miami Correctional Facility
PO Box 900
Bunker Hill, IN 46914