UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN ROBERT LEE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:06-cv-105-SEB-JMS |
| ) | |
| CRAIG HANKS, et al., ) | |
| ) | |
| Defendants. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date: 07/31/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Cynthia B. De Nardi
INDIANA STATE ATTORNEY GENERAL
cynthia.denardi@atg.in.gov

Todd A. Weaver
SOMMER BARNARD ATTORNEYS, PC
tweaver@sommerbarnard.com

John Robert Lee
#38047
Miami Correctional Facility
PO Box 900
Bunker Hill, IN 46914